UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-CV-0503-CVE-FHM |
| | ) | |
| BOBBY LUMPKIN, TEXAS DEPARTMENT OF CORRECTIONS, DALLAS COUNTY TEXAS SHERIFF, STATE OF TEXAS, and UNKNOWN OTHERS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT OF DISMISSAL

This matter has come before the Court and an Opinion and Order (Dkt. # 3) dismissing plaintiff's claims for lack of personal jurisdiction and failure to state a claim has been entered. Judgment of dismissal of plaintiff's claims is hereby entered.

**DATED** this 9th day of October, 2020.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE