

In The United States District Court
Northern District of Oklahoma

**FILED**
OCT 19 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Anthony Scott,
    Plaintiff    )

-vs-    No: CV-20-503

20-CV-503-CVE-FHM

Bobby Lumpkin, et al.
    Defendants.    )

### Notice Of Intent To Appeal And Designation of Record

This is Notice of Intent to appeal this Courts Bias, Premature, Abusive 10/09/20 order,

AND the Designation of Record For That Appeal

Copy of transcript of the 10/09/20 proceedings resulting in order

copy of evidence and testimoney submitted to court IN tat proceeding

Copy of legal authority sited IN the order

Copy of Docket sheet

Copy of investigation by Judge Eagan her opinion rest upon

Certified copy of the 10/09/20 order

Reasons the Opinion was not verified under penalties of perjury

Copy of Judge Eagan's disqualification in the 2010 Criminal case in this Court
    on corrupt police officers

Copy of Americans with Disabilities Act, exempting federal Courts compliance

Copy of 42 U.S.C. )( 12981 & 1983 GRANTING RIGHTS TO SUE in this Court if
    suit can be filed in any other state.
(THIS Designation may be supplemented OR expanded)
Dated: 10/16/20    Respectfully, the VICTIM

*Anthony Scott*
Anthony Scott, ( Discriminated against)
6260 N. Xanthus Pl.
Tulsa, Okla. 74130

Certification of mailing
Copy mailed all parties
AS

FORMS

ANTHoNY Scott
6260 N. Xanthus Pl.
Tulsa, Okla
74130

OKLAHOMA CITY OK 730
17 OCT 2020 PM FOREVER USA
Postmarked 10/17/30-DG

20-cv-503-CVE-fhm
RECEIVED
OCT 19 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

U.S. Dist Court Clerk
333 West 4th. St
Room 411
Tulsa, Okla
74103

74103-3881 59