**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

January 19, 2021

Jane K. Castro
Chief Deputy Clerk

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

Mr. Anthony Scott
6260 North Xanthus Place
Tulsa, OK 74130

RE: 20-5103, Scott v. Lumpkin, et al
Dist/Ag docket: 4:20-CV-00503-CVE-FHM

Dear Clerk and Appellant:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/sls

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 20-5103 Scott v. Lumpkin, et al "Mandate issued" (4:20-CV-00503-CVE-FHM) |
| **Date:** | Tuesday, January 19, 2021 3:22:09 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 01/19/2021 at 2:18:31 PM MST and filed on 01/19/2021

| | |
|---|---|
| **Case Name:** | Scott v. Lumpkin, et al |
| **Case Number:** | 20-5103 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10800944] Mandate issued. [20-5103]

**Notice will be electronically mailed to:**

Mr. Mark C. McCartt, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Anthony Scott
6260 North Xanthus Place
Tulsa, OK 74130

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter - Case Dismissed
**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_205103_10800944_165.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/19/2021] [FileNumber=10800944-0]
[85a47fdea500d02dd2a2d4d3237cde6dfdd0d5120498104041dd76d6fbf7b294e95d22cb1d3d5fc4d88bb007a392d3c0a525463e16e69de57be19f78ff4e28c2]]
**Recipients:**

- Mr. Mark C. McCartt, Clerk of Court (oclk)
- Anthony Scott